IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Western Division)

| | |
|---|---|
| ROBERT EASTMAN,<br><br>Plaintiff,<br><br>v.<br><br>MISSISSIPPI VALLEY SILICA COMPANY,<br><br>Defendant,<br><br>HARTFORD FINANCIAL SERVICES GROUP,<br><br>Garnishee-Defendant. | Civil Action No.<br>5:10CV175 DCB-JMR |

**HARTFORD FINANCIAL SERVICES GROUP'S RESPONSE
IN OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE CASES**

Pursuant to Local Rule 7(b)(4), Hartford Financial Services Group, Inc. ("Hartford"), by and through undersigned counsel, hereby submits this limited Opposition to Plaintiff's Motion to Consolidate Cases. Hartford does not object in principle to the consolidation the other insurer garnishment actions named in Plaintiff's Motion to Consolidate. However, to the extent that Hartford's action is included in any consolidation of Plaintiff's garnishment actions, Hartford respectfully requests that the Court deny Plaintiff's consolidation motion.

For the reasons set forth in the Brief In Support of Hartford's Motion to Dismiss, filed contemporaneously herewith, Plaintiff's garnishment action should be dismissed as to Hartford because Hartford did not issue insurance coverage to Mississippi Valley Silica Company. Answer ¶¶ 1-2. Therefore, this action should be dismissed, not consolidated with other actions.

Respectfully submitted,


By: /s/ George Abdo
George Abdo, MS Bar No. 9782
Daniel Coker Horton & Bell, PA
4400 Old Canton Road, Suite 400
Post Office Box 1084
Jackson, MS 39215-1084
Telephone: (601) 969-7607
Facsimile: (601) 969-1116
Email: gabdo@danielcoker.com

Counsel for Garnishee-Defendant
Hartford Financial Services Group, Inc.

Date: December 7, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> John T. Givens, Esq., Patrick Cash Malouf, Timothy W. Porter, Esq. and Robert Allen Smith, Jr., Esq.

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant:

> Mississippi Valley Silica Company
> c/o John Cosmich
> Cosmich Simmons & Brown, P.L.L.C.
> Post Office Box 22626
> Jackson, Mississippi   39225-2626

/s/   George Abdo